RICHARD PAUL MEYERS #48342
Full Name/Prisoner Name

IDAHO MAXIMUM SECURITY INSTITUTION - ACUTE
MENTAL HEALTH UNIT - C-3 #50 - PO BOX 51
BOISE, IDAHO 83707
Complete Mailing Address

Plaintiff/Defendant
(circle one)

U.S. COURTS

NOV 13 2017

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

MEYERS                                       )
Plaintiff/Petitioner,                        )   CASE NO. 1:17-cv-467-REB
Full name(s)                                 )
                                             )
vs.                                          )   MOTION FOR EMERGENCY INJUNCTIVE
                                             )   RELIEF / ORDER FOR PROTECTION /
WARDEN RAMIREZ; IDAHO DEPARTMENT OF CORRECTION AND )   ORDER FOR RELEASE OF RECORDS
                                             )
CORIZON MENTAL HEALTH CARE PROVIDERS         )
Defendant/Respondent(s),                     )
Full name(s). Do not use et. al.             )
                                             )

COMES NOW, RICHARD PAUL MEYERS, (Plaintiff)/Defendant (circle one) in the above entitled MOTION FOR EMERGENCY INJUNCTIVE RELIEF/ORDER FOR PROTECTION/ORDER FOR RELEASE OF RECORDS, RESPECTFULLY REQUESTING ANY AND ALL RELIEF FROM THE COURT TO WHICH HE MAY BE ENTITLED.

PLAINTIFF PRAYS FOR PROTECTION FROM THE IDAHO DEPARTMENT OF CORRECTION AND CORIZON MENTAL HEALTH PROVIDERS WHOM HE CLAIMS HAS CAUSED HIM HARM AND IS ENDANGERING HIS LIFE WITH RETALIATION DUE TO HIS INVESTIGATION INTO CLAIMS OF ABUSE RELATING TO THE "BALLA" LAWSUIT. MEYERS CLAIMS TO HAVE BEEN REPEATEDLY DENIED ACCESS TO HIS LEGAL PAPER WORK AND INMATE RECORDS, THUS PREVENTING

- 1

-pg. 1

Revised 3/24/16

him from presenting to this court a group of distinctive facts which are seperate to "BALLA", but wholly related and should be viewed as "NEW EVIDENCE" — Plaintiff claims IDOC/CORIZON staff made fraudulent entries into his inmate files, contributing to, or causing, him to be placed in Maximum Security status and being denied parole — Meyers claims further, that the Acute Mental Health Unit applies cruel and unusual emotional torture techniques to patients, and he is requesting to be removed from the IDOC/CORIZON Mental Health program as well as having IDOC provide him with copies of his inmate "CIS" notes and mental health logs from 3/16/2017 – current.

Respectfully submitted this 9TH day of NOVEMBER 20 17 .

_Ricky M._
~~Plaintiff~~/Defendant (circle one)

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on the 9TH day of NOVEMBER, 20 17 , I mailed a true and correct copy of the MOTION FOR EMERGENCY INJUNCTIVE RELIEF / ORDER FOR PROTECTION / ORDER FOR RELEASE OF RECORDS via prison mail system for processing to the U.S. mail system to:

WARDEN RAMIREZ; IDAHO DEPARTMENT OF CORRECTION AND CORIZON MENTAL HEALTH CARE PROVIDERS; KARLEY L. WITTY, CORIZON CEO; IDAHO ATTORNEY GENERAL; STOEL AND RIVES, LLP.

Plaintiff/~~Defendant~~ (circle one)

-pg. 2